1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 8 | **LOUIS REYES,** ) | **CV F 04-6657 AWI WMW HC** |
| | ) | |
| 9 | **Petitioner,** ) | **ORDER DENYING CERTIFICATE** |
| | ) | **OF APPEALABILITY** |
| 10 | **v.** ) | |
| | ) | (Document #17) |
| 11 | **W. J. SULLIVAN, WARDEN,** ) | |
| | ) | |
| 12 | **Respondent.** ) | |
| | ) | |

13

14

15       Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus

16 pursuant to 28 U.S.C. § 2254 in this court.   On August 4, 2006, the Magistrate Judge denied

17 Petitioner's request to hold the petition in abeyance.   On August 30, 2006, Petitioner filed a

18 notice of appeal of this order.    Because Petitioner filed a notice of appeal, the Clerk of the Court

19 forwarded the notice of appeal to the undersigned to determine if a certificate of appealability

20 was warranted.

21       The controlling statute for certificates of appealability is 28 U.S.C. § 2253, which

22 provides as follows:

23       (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district
         judge, the final order shall be subject to review, on appeal, by the court of appeals for the
         circuit in which the proceeding is held.

24        (b) There shall be no right of appeal from a final order in a proceeding to test the validity
         of a warrant to remove to another district or place for commitment or trial a person

25       charged with a criminal offense against the United States, or to test the validity of such
         person's detention pending removal proceedings.

26        (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may
         not be taken to the court of appeals from–

27        (A) the final order in a habeas corpus proceeding in which the detention complained of
         arises out of process issued by a State court;  or

28        (B) the final order in a proceeding under section 2255.

1    (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.

2    (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

3

4    If the court denies a habeas corpus petition on procedural grounds,  a certificate of appealability

5    should issue, and an appeal of the district court's order may be taken, if the petitioner shows, at

6    least, that jurists of reason would find it debatable whether the petition states a valid claim of the

7    denial of a constitutional right, and that jurists of reason would find it debatable whether the

8    district court was correct in its procedural ruling.   Slack v. McDaniel, 529 U.S. 473, 484-85

9    (2000).  When the district court denies a habeas petition on procedural grounds without reaching

10   the prisoner's underlying constitutional claim, a certificate of appealability should issue, and an

11   appeal of the district court's order may be taken, if the petitioner shows, at least, that jurists of

12   reason would find it debatable whether the petition states a valid claim of the denial of a

13   constitutional right, and that jurists of reason would find it debatable whether the district court

14   was correct in its procedural ruling.   Slack v. McDaniel, 529 U.S. 473, 484-85 (2000).

15        In this case, the court has not issued a final order resolving this action.   The court has

16   also not granted Petitioner permission to file an interlocutory appeal concerning the Magistrate

17   Judge's ruling on abeyance.   Because there is no final order to appeal, no certificate of

18   appealability is warranted at this time.

19

20   IT IS SO ORDERED.

21   **Dated:    September 6, 2006**                        **/s/ Anthony W. Ishii**
     0m8i78                                                 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28                                              2