UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS REYES, | CV F 04-6657 AWI WMW HC |
| Petitioner, | ORDER DENYING MOTION FOR LIBRARY ACCESS |
| v. | [Doc. 21] |
| W. J. SULLIVAN, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On September 27, 2006, Petitioner filed a "Motion for Access to Institutional Law Library and for Extension of Time." Petitioner seeks an order to show cause from this court, requiring Respondent to show cause why he should not be provided access to the law library at the institution where he is incarcerated.

In response, Respondent filed an opposition on October 20, 2006, in which he argues that Petitioner has not demonstrated that he has been denied access to the legal materials he needs to pursue habeas corpus relief. In support of his opposition, Respondent provides the declaration of Tammy Peterson, Legal Library Officer at the California Correctional Institution, Tehachapi, California. Attached to Ms. Peterson's declaration are exhibits showing that Petitioner has had

1  regular access to the legal library.  Based on the information provided by Respondent, this court
2  finds no basis for the order to show cause requested by Petitioner.   Accordingly, that request is
3  DENIED.
4      Despite the title of his motion, Petitioner provides nothing in the body of his motion
5  regarding a request for an extension of time, including the purpose of such an extension.
6  Accordingly, that request is DENIED.
7      Based on the foregoing, Petitioner's motion is HEREBY DENIED.IT IS SO ORDERED.

**Dated:   November 30, 2006**                        **/s/  William M. Wunderlich**
mmkd34                                               UNITED STATES MAGISTRATE JUDGE